**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL S. BEAGLE,<br><br>    Defendant / | No. C-05-5038 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Clerk of the Court having entered the default of defendant David S. Beagle on February 15, 2006, the Court hereby ORDERS plaintiff to file a motion for default judgment no later than April 14, 2006, and hereby CONTINUES the case management conference from March 10, 2006 to June 30, 2006, at 10:30 a.m.  Plaintiff shall file a case management statement no later than June 23, 2006.

    **IT IS SO ORDERED.**

Dated: March 3, 2006

                               MAXINE M. CHESNEY<br>
                               United States District Judge