United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>　　　　Plaintiff,<br>　v.<br><br>DANIEL S. BEAGLE,<br><br>　　　　Defendant　　　　　　　　　　／ | No. C-05-5038 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; VACATING HEARING** |

　　　　Before the Court is plaintiff Trustees on Behalf of Teamsters Benefit Trust's motion for default judgment, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Defendant Daniel S. Beagle, although served with the motion, has not filed a response. Having reviewed the papers submitted in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for May 12, 2006, and, for the reasons stated in plaintiff's motion, hereby GRANTS the motion.

　　　　Accordingly, defendant is hereby ordered to provide plaintiff with the following documents for the period of January 1, 2000 to the present:

　　　　1.　　Payroll registers or other documents which show wages paid
　　　　　　　and hours worked by month (preferably) or week;

　　　　2.　　California state quarterly payroll tax returns (DE-6s);

　　　　3.　　Monthly transmittals to the Trust showing the names reported for benefits;

|   |   |   |
|---|---|---|
| 4. | | Monthly hours summaries or other documents used to facilitate accurate reporting; |
| 5. | | Detailed documentation of the job classifications of employees not reported to the Trust Fund; |
| 6. | | Monthly transmittals to other Trust Funds; |
| 7. | | Time cards for the most recent full quarter or the current year; |
| 8. | | Seniority lists covering the entire testing period; |
| 9. | | Any other documents that may be considered necessary by the Trust Fund auditor to conduct the audit. |

Plaintiff is hereby awarded the sum of $5,190.00, which amount consists of $4,825.00 in attorneys' fees and $365.00 in costs.

**IT IS SO ORDERED.**

Dated: April 27, 2006

MAXINE M. CHESNEY
United States District Judge

2