| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. 916/325-2100 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] RECORDING REQUEST BY AND RETURN TO:<br>Catherine E. Arostegui, SBN #118756<br>BEESON, TAYER & BODINE, 520 Capitol Mall, Suite 300<br>Sacramento, CA 95814 | | |
| [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | **FILED**<br>NOV 14 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Avenue, 16th Floor
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF: Trustees on Behalf of Teamsters Benefit Trust
DEFENDANT: Daniel S. Beagle dba Beagle & Bleiweiss Communications, Inc., aka Beagle & Bleiweiss Communications dba Beagle & Bleiweiss aka Bleiweiss & Beagle Communications, Inc.

| WRIT OF | [X] EXECUTION (Money Judgment) | CASE NUMBER: C-05-5038 MMC |
|---|---|---|
| | [ ] POSSESSION OF   [ ] Personal Property | |
| | [ ] Real Property | FOR COURT USE ONLY |
| | [ ] SALE | |

1. To the Sheriff or any Marshal or Constable of the County of ALAMEDA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): Trustees on Behalf of Teamsters Benefit Trust
   is the [X] judgment creditor   [ ] assignee of record
   whose address is shown on this form above the court's name.

| 4. Judgment debtor (name and last known address):<br>Daniel S. Beagle<br>Beagle & Bleiweiss Communications<br>1736 Franklin Street, Suite 500<br>Oakland, CA 94612 | 9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale. |
|---|---|
| | 10. [ ] This writ is issued on a sister-state judgment. |
| | 11. Total judgment ............................................. $ 5,190.00 |
| | 12. Costs after judgment (per filed order or memo CCP 685.090) ................................... $ 199.80 |
| Other Known Address: | 13. Subtotal (add 11 and 12) ............................. $ 5,389.80 |
| | 14. Credits ........................................................ $ 461.66 |
| 5632 Kales Avenue<br>Oakland, CA 94618 | 15. Subtotal (subtract 14 from 13) .................... $ 4,928.14 |
| | 16. Interest after judgment (per filed affidavit CCP 685.050) ............................................... $ 128.80 |
| | 17. Fee for issuance of writ .............................. $ |
| [ ] additional judgment debtors on reverse | 18. Total (add 15, 16, and 17) ......................... $ 5,056.94 |
| 5. Judgment entered on (date): May 3, 2006 | 19. Levying officer: Add daily interest from date |
| 6. [ ] Judgment renewed on (dates): | of writ (at the legal rate on 15) of ............. $ |

7. Notice of sale under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

| (SEAL) | Issued on (date): 11/14/06 | Clerk, by **ALFRED AMISTOSO**, Deputy |
|---|---|---|

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130 REV 1/89

| SHORT TITLE: | CASE NUMBER |
|---|---|
| TEAMSTERS BENEFIT TRUST v. BEAGLE | C-05-5038 MMC |

CONTINUED FROM FRONT:
[X] Additional judgment debtor (name and last known address):

| | |
|---|---|
| Beagle & Bleiweiss Communications, Inc., 1736 Franklin Street, Suite 500 Oakland, CA 94612 | Beagle & Bleiweiss Communications 1736 Franklin Street, Suite 500 Oakland, CA 94612 |

[ ] Notice of sale has been requested by (name and address):

[ ] Joint debtor was declared bound by the judgment (CCP 989-994)
a. on (date):
b. name and address of joint debtor

a. on (date):
b. name and address of joint debtor

c. [ ] additional costs against certain joint debtor: (itemize):

[ ] Judgment was entered for the following:
 a. [ ] Possession of personal property
   [ ] If delivery cannot be had, then for the value (itemize in 9e) specified in the judgment or supplemental order.
 b. [ ] Possession of real property
 c. [ ] Sale of personal property
 d. [ ] Sale of real property
 e. Description of property

- NOTICE TO PERSON SERVED -

**Writ of execution or sale.** Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of possession of personal property.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of possession of real property.** If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 520 Capitol Mall, Suite 300, Sacramento, California 95814  On this day I served the foregoing Document(s): **WRIT OF EXECUTION.**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

DANIEL S. BEAGLE
1736 FRANKLIN STREET, SUITE 500
OAKLAND, CA 94612

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this November 6, 2006.

*/s/ Donna M. Stewart*
Donna M. Stewart
BEESON, TAYER & BODINE
520 Capitol Mall, Suite 300
Sacramento, CA  95814

INSERT DOCUMENT NAME
52300.doc

2